**SNYDER LAW, LLP**
**Sean R. Burnett (SB# 227952)**
**Jessica Farley (SB# 280123)**
420 South Fairview Avenue, Suite 102
Santa Barbara, California  93117
Telephone No.:  805.692.2800
Facsimile No.:   805.692.2801
sburnett@snyderlaw.com                          JS-6
jfarley@snyderlaw.com

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FARANGIS MAJIDI MILANI, | Case No. CV-15-1733 RGK (PJWx) |
| Plaintiff, | [Los Angeles County Superior Court Case No. BC563355] |
| v. | |
| TARGET STORES, TARGET CORPORATION, and DOES 1 through 50, inclusive, | **ORDER RE STIPULATION TO REMAND CASE TO SUPERIOR COURT AND CAP PLAINTIFF'S DAMAGES** |
| Defendants. | [Stipulation filed concurrently] |

Good cause appearing therefor, the Court orders as follows:

1.     This matter shall be immediately remanded to the Los Angeles County Superior Court, where the parties to the Stipulation have agreed that plaintiff, FARANGIS MAJIDI MILANI, will not recover more than $74,999.00.

2.     All pending deadlines and hearings in this Court are vacated.

IT IS SO ORDERED.

Dated: _____5/4/15_____

_____
JUDGE OF THE DISTRICT COURT

1

**[PROPOSED] ORDER RE STIPULATION TO REMAND CASE AND CAP DAMAGES**